UNITED STATES DISTRICT COURT

for the

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.   3:22-po-0091 DMC |
| v. | VIOLATION NOS. F5239288; F5239290; F5239289; and F5239287 |
| ARTHUR S. DAY | ORDER OF PROBATION |

Defendant pleaded guilty, is adjudged guilty and convicted of violating 36 CFR 261.6(a), cutting or otherwise damaging timber, tree or other forest product.

Violation Nos. F52392990, F5239289 and F5239287 are hereby dismissed.

ACCORDINGLY, YOU ARE HEREBY SENTENCED TO PROBATION for a period of two(2) years.  Your conditions of probation are as follows:

1. Your probation shall be unsupervised.
2. You shall not commit another federal, state or local crime;
3. You shall notify the court and, if represented by counsel, you counsel of any change of address and contact number.
4. During the term of probation, you are prohibited from entering lands supervised by the U.S. Forest Service in the Eastern District of California with the exception of traveling through on State highways and roadways.

Dated:  June 9, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE